UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN ALBERTO BRITO,

Defendant.

**ORDER**

19 Cr. 898 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant will take place on **March 3, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due **February 11, 2020**, and any submission by the Government is due on **February 18, 2020**.

It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
December 16, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge