# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 6, 2020

**BY ECF AND BY FAX**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Juan Alberto Brito,**
      **19 Cr. 898 (PGG)**

Dear Judge Gardephe:

I write with the consent of the government to seek a brief adjournment of Mr. Brito's sentencing, which is now scheduled for March 3, 2020. I make this request because I understand that the final Presentence Investigation Report will not be available until February 25, which is after the deadline for the defense sentencing submission. If possible, I ask that the Court reschedule sentencing for the morning of March 12, for any time on March 19 or 20, for the afternoon of March 24, or for any time on March 27.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   Benjamin Schrier

MEMO ENDORSED
Sentencing is adjourned to March 19, 2020 at 4:00 p.m.

Paul G. Gardephe, U.S.D.J.
Feb. 21, 2020