UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN ALBERTO BRITO,

              Defendant.

**ORDER**

19 Cr. 898 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the sentencing of the Defendant currently scheduled for March 3, 2020 instead will take place on **April 9, 2020 at 4:00 p.m.**

Dated: New York, New York
      March 13, 2020

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge