UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN ALBERTO BRITO,

Defendant.

**ORDER**

19 Cr. 898 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of the Defendant currently scheduled for April 9, 2020 instead will take place on **May 14, 2020 at 4:00 p.m.**

Dated: New York, New York

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge