UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JUAN ALBERTO BRITO,

    Defendant.

**ORDER**

19 Cr. 898 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of the Defendant currently scheduled for May 14, 2020 instead will take place on **June 25, 2020 at 4:00 p.m.**

Dated:  New York, New York
        April 22, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge