UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES                      :
                                   :
                                   :        [████████]  <u>ORDER</u>
        - v -                      :
                                   :        **19 Cr. 898 (PGG)**
Juan Alberto Brito,                :
                                   :
             Defendant.            :
----------------------------------X

Paul G. Gardephe, United States District Judge:

The Bureau of Prisons is DIRECTED to release to counsel as soon as feasible and, in any event, within 48 hours of its receipt of this order, the medical records of Juan Alberto Brito-Mota (Reg. No. 87437-054) from the time he entered into federal custody to the present.


Dated:   New York, New York   **SO ORDERED:**
         May 11, 2020

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE