UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JUAN ALBERTO BRITO, | 19 Cr. 898 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the sentencing of Defendant, previously scheduled for June 25, 2020, will now take place on **May 18, 2020 at 12:00 p.m.** The parties are directed to dial (888) 363-4749 and to use access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
       May 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge