UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JUAN ALBERTO BRITO,

Defendant.

**ORDER**

19 Cr. 898 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 16, 2019;

WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

It is hereby ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       May 14, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge